# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **JESSICA MARIE WILLIAMS,** | ) | NO. CV 15- 00623-SJO (KS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| **D.K. JOHNSON, WARDEN,** | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: August 9, 2016.         _____
                                                  S. JAMES OTERO
                                         UNITED STATES DISTRICT JUDGE